UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-CV-184(BR)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CONSENT JUDGMENT |
| ) | |
| J. CLAYTON INTERNATIONAL, INC.) | |
| JOAN C. NEWTON and BILLY R. ) | |
| NEWTON, ) | |
| Defendants. ) | |

By consent of the parties, it is ORDERED that plaintiff have and recover from the defendants the principal sum of $62,271.12 with administrative charges of $21,185.02, plus court cost in the amount of $350.00, and all future cost. This order shall bear interest after entry at the rate, under law, of 0.17 % per annum.

This the 14th day of September, 2012.

_____
Senior UNITED STATES DISTRICT JUDGE
Eastern District of North Carolina

CONSENTED TO:

Dated: 9-4-12        By: _____
                         G. NORMAN ACKER, III
                         Assistant United States Attorney
                         310 New Bern Avenue, Suite 800
                         Raleigh, NC 27601-1461
                         Telephone:    (919)856-4530
                         N.C. State Bar No.

I hereby acknowledge that I have received a copy of the Complaint, that I accept service of the Complaint and that I consent to the entry of this Consent Judgment based on the contents of said Complaint.

_____    Date 9-4-12
Joan C. Newton for J. CLAYTON INTERNATIONAL, INC., Defendant

I hereby acknowledge that I have received a copy of the Complaint, that I accept service of the Complaint and that I consent to the entry of this Consent Judgment based on the contents of said Complaint.

_____    Date 9-4-12
JOAN C. NEWTON, Defendant

I hereby acknowledge that I have received a copy of the Complaint, that I accept service of the Complaint and that I consent to the entry of this Consent Judgment based on the contents of said Complaint.

_____    Date 9-4-12
BILLY R. NEWTON, Defendant